DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
23 JANUARY 2014

| | | | |
|---|---|---|---|
| 099P11-3 | State v. Billy J.W. Ross, Jr. | Def's *Pro Se* Motion to Amend Challenging Habitual Felon Act (COAP13-141) | Dismissed<br><br>**Jackson, J., recused** |
| 139PA13 | State v. Quintel Augustine, Tilmon Golphin, and Christina Walters | 1. Def's Petition for *Writ of Mandamus*<br><br>2. Def's Motion to Withdraw Petition for *Writ of Mandamus* to the Clerk of Superior Court of Cumberland County<br><br>3. Def's Motion to Strike<br><br>4. Def's Motion to Supplement the Record | 1. Withdrawn **01/02/2014**<br><br>2. Allowed **01/02/2014**<br><br>3.<br><br>4. Allowed<br>**Beasley, J., recused** |
| 174P09-2 | State v. Anthony Tyrone Burroughs | 1. Def's NOA Based Upon a Constitutional Question (COA12-955)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 189P09-4 | Frank L. Perry, Secretary of N.C.D.P.S. v. William T. Henderson | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **01/09/2014** |
| 201PA12-2 | Dickson, et al. v. Rucho, et al. | Plts' Motion for Temporary Injunction | Denied **01/23/2014** |
| 201PA12-2 | Dickson, et al. v. Rucho, et al. | Motion to Allow the Withdrawal of Clare Barnett as Counsel for NAACP Plaintiff's-Appellant | Allowed **12/23/2013** |
| 237P12-2 | State v. Kenneth Wayne Vaughn | Def's PDR Under N.C.G.S. § 7A-31 (COA11-751-2) | Denied |